IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| REGINALD COREY GRAY,<br>Plaintiff,<br><br>vs.<br><br>BRIAN M.GOOTKIN,JIM SALMONSEN,<br>CHRIS LAMB,TERRIE STEFALO<br>Defendants. | Case No.________<br><br>AFFIDAVIT IN SUPPORT OF<br>42 U.S.C. §1983 Action<br>Fed.R.Civ.P. R.56(e)(1) |

Petitioner,Reginald Corey Gray,is able to testify on facts herein stated ,as True. Fed.R.Civ.P. R.56(e)(1). Plaintiff hereby attest and asserts that the aforementioned Facts stated herein this [S]worn Affidavit,are True:

1. That, his name is Reginald Corey Gray;and

2. That,he is the Plaintiff in the case at large;and

3. That at the time of the violation,he was housed at Montana State Prison,and

4. That,the defendants implemented and imposed MSP Religious Policy 5.6.1(3)(D)(6)(b)"Inmates who choose to wear their religious skull caps outside their cell or communal services will wear the skull cap discreetly and fully covered underneath an approved cap.

5. That,he constantly advised defendants about the Religious Land Use and Institutionalized Persons Act("RLUIPA"),and that the policy was in direct violation of the "RLUIPA"and needed to be revised to be in accord with such law.The defendants did nothing and nothing about it.

6. That as result of this policy plaintiff is faced with a substantial burden of wearing his kufi in accord and adherence of his religion or face disciplinaty action.

9. I,Reginald Corey Gray,hereby attest that the above,is True.

Respectfully submitted this 14th day of June, 2024

Reginald Corey Gray
Reginald Corey Gray
#3036056
Montana State Prison
700 Conley Lake Road
Deer Lodge, Montana
59722

State of Montana.
County of Powell

[NOTARY]
Sworn before me this 14 day of June, 2024
Notary:
COMM EX: 12 Apr 27

STEVEN D. GRANT
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
April 12, 2027

STEVEN D. GRANT NOTARIAL SEAL STATE OF MONTANA