IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

REGINALD COREY GRAY,

      Plaintiff,

      vs.

BRIAN M. GOOTKIN, ET AL.,

      Defendants.

**MOTION TO COMPEL
DISCOVERY**

    Plaintiff representing himself moves for an order Pursuant Fed. R. Civ. P. 37(a) compelling Defendants to answer interrogatories and produce documents responsive to Plaintiff's Interrogatories and Request for Production of Documents, served on Defendant's Counsel on January 15, 2025. Defendant has failed to respond or provide documents responsive to the following numbered request: 1-10 of Plaintiff's Interrogatories and 1-10 of Plaintiff's Request for Production of Documents, and 1-6 of Plaintiff's Request for Admissions. The answers and documents responsive to these requests are necessary and relevant to Plaintiff's case because they will further substantiate Plaintiff's RLUIPA claim and Constitutional violation on behalf of the Defendants. Further, Plaintiff in Good faith wrote to Defendant's Counsel to obtain this Discovery and Gave Defendant's Counsel 7 day's notice of Plaintiff's intention to file this motion if the Discovery remained unproduced.

(1.)

Respectfully Submitted, this 12th day of May, 2025.

Reginald C. Gray
Reginald C. Gray
Plaintiff Pro Se
#3036056
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT
                    59722

(2.)

Respectfully Submitted, this 12th day of May, 2025.

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, I served this Motion to Compel Discovery on the following persons by the following means:

___1___ CM/ECF

___2___ CM/ECF

1. Clerk U.S. District Court

2. Kyle Chenoweth
   Attorney For Defendants
   5 South Last Chance Gulch
   P.O. Box 201301
   Helena, Montana
                    59620

This the 12th day of May, 2025.

Reginald C. Gray
Reginald C. Gray
Plaintiff Pro Se
# 3036056
Montana State Prison
700 Conley Lake Road
Deer Lodge, MT
            59722

(3.)