Blake R. Koemans, Bar No. 14203
Deputy Chief Legal Counsel
Department of Corrections
5 S. Last Chance Gulch
Helena, MT 59601
Phone: (406) 444-3803
Blake.Koemans@mt.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| REGINALD COREY GRAY,<br><br>               Plaintiff,<br>v.<br><br>BRIAN GOOTKIN, JIM SALMONSEN, CHRIS LAMB, AND TERRIE STEFALO<br><br>               Defendants. | Cause No. CV 24-40-H-DWM<br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      Defendants Brian Gootkin ("Gootkin"), Jim Salmonsen ("Salmonsen"), Chris Lamb ("Lamb") and Terrie Stefalo ("Stefalo"), collectively ("State Defendants"), move for summary judgment as a matter of law on Plaintiff Reginald Gray's ("Gray") Civil Rights Complaint (Doc. 2) under Fed. R. Civ. P. 56.

      Defendants request that the Court grant their Motion for Summary Judgment and dismiss Gray's complaint, with prejudice, against all Defendants.

This motion is supported by Defendants' Brief in Support of Motion for Summary Judgment, filed concurrently. Consistent with *Stratton v. Buck*, 697 F.3d 1004 (9th Cir. 2012), and the Local Rules of Procedure for the United States District Court for the District of Montana, State Defendants have also filed notice to the Plaintiff of his rights with respect to this motion.

DATED January 5, 2026.

/s/ *Blake R. Koemans*
BLAKE R. KOEMANS
Attorney for Department of Corrections

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January 2026, a copy of the foregoing Unopposed Motion to Extend Deadlines was served on the following people by the following means:

```
  1      CM/ECF
  2      Hand Delivery
_____    Mail
_____    Overnight Delivery Service
_____    Fax
_____    E-Mail
```

1. Clerk, U.S. District Court

2. Reginald C. Gray
   AO# 3036056 Montana State Prison
   700 Conley Lake Road
   Deer Lodge, Montana 59722

/s/ *Blake R. Koemans*
BLAKE R. KOEMANS
Attorney for Department of Corrections