**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| REGINALD COREY GRAY,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GOOTKIN, JIM SALMONSEN, CHRIS LAMB, AND TERRIE STEFALO<br><br>Defendants. | Cause No. CV 24-40-H-DWM<br><br><br>**AFFIDAVIT OF TERRIE STEFALO** |

STATE OF MONTANA )
                      ): ss
County of Powell     )

I, Terrie Stefalo, being duly sworn, state as follows:

1. I am over the age of 18, an adult citizen of the State of Montana, and I am competent to testify to the matters described herein.

2. I am employed by the Montana Department of Corrections ("DOC") as the Religious Activities Coordinator at Montana State Prison ("MSP"). I have been employed by DOC since February 2001 and as the Religious Activities Coordinator since October 2012.

3. As part of my responsibilities as the Religious Activities Coordinator I am familiar with MSP policies and procedures governing religious activity in MSP including Procedure No. 5.6.1(III)(D)(6).

4. MSP provides ample opportunity for inmates to practice their preferred religion while in custody.

5. Many inmates use items of personal property as part of their chosen religious exercise.

6. Procedure No. 5.6.1(III)(D) governs the use of personal religious property within MSP.

7. Under Procedure No. 5.6.1(III)(D)(6)(b), inmates are permitted to wear religious headgear, such as a kufi at all times anywhere within MSP. When an inmate is in their cell or participating in a communal religious ceremony in the RAC, they are permitted to wear religious headgear uncovered. If an inmate wishes to wear their religious headgear outside of their cell or outside of the Religious Activities Center ("RAC"), they are required to cover their headgear with a nondescript beanie-style cap which are available for purchase MSP's canteen.

8. The rules requiring religious symbols such as head-coverings and medallions to be covered were adopted because inmates were known to use religious items to identify themselves and others as gang members. The rule is meant to prevent inmates using religious personal property for gang related activity, while also protecting inmate's ability to observe their religious beliefs while in custody.

9. Gang activity is a significant security threat to inmates, staff, and the institutional security of MSP.

10. As part of my responsibilities as the Religious Activities Coordinator, I am one of the members of the Religious Issues Committee ("RIC"). The RIC is a small group of MSP staff who meet every four months to discuss religious accommodation requests from inmates.

11. In February 2024, inmate Reginald Gray submitted a religious accommodation request seeking to be allowed to wear his kufi at all times uncovered. The RIC discussed Mr. Grays request on February 13, 2024 and determined that the request was inconsistent with Procedure No. 5.6.1(III)(D)(6)(b). The RIC denied Mr. Gray's request.

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

DATED December 31, 2025.

_____
TERRIE STEFALO

SUBSCRIBED AND SWORN to before me this 31st day of December, 2025.


S. SCHIMMING
NOTARY PUBLIC for the
State of Montana
Residing at Deer Lodge, Montana
My Commission Expires
March 15, 2029

_____
S. Schimming

AFFIDAVIT OF TERRIE STEFALO - 3

Signature of Notary Public