EXHIBIT C

Department of Corrections
Public Safety & Trust

**MONTANA STATE PRISON**
**POLICIES AND PROCEDURES**

| | |
|---|---|
| Policy No.: MSP 5.6.1 | Subject: RELIGIOUS PROGRAMS AND SERVICES |
| Chapter #5: INMATE PROGRAMS | Page 1 of 7 + one 8 page attachment |
| Section #6: Religious Programs and Service | Revision Date: 09-04-01 |
| Signature: [signature] | Effective Date: 12-8-99 |

**I. POLICY:** It is the policy of Montana State Prison to make available the religious services and programs that, to the extent practical, satisfy the religious faith group beliefs of the inmates confined here.

**II. AUTHORITY:**

53-1-203, MCA. Power and Duties of the Department of Corrections

DOC 5.6.1. Religious Programs

DOC 1.7.1 Volunteers

**III. DEFINITIONS:**

**Religious Coordinator/Chaplain(s):** the person(s) employed by MSP to coordinate religious programming and services for inmates confined at MSP.

**Personal Articles:** those religious items, artifacts or materials deemed necessary by the governing body of each faith group for religious practice in an inmate's cell. These articles must fit into the designated storage area for personal possessions as outlined in MSP Policy 4.1.3 "Inmate Personal Property". See attachment for the descriptions, dimensions, and possession limits for religious items allowed for general population inmates. Inmates confined in locked housing status (maximum custody, administrative segregation, temporary lockup, and detention) will only be allowed those religious items listed in the respective housing unit rules.

**Communal Articles**: those religious items, artifacts or materials deemed necessary by the governing body of each faith group for group or community practice. These items may not be kept in the inmate's cell, but shall be sheltered and protected in an assigned location in the Religious Activity Center or other authorized area. See attachment for allowable items, their descriptions, dimensions and quantity allowed.

**RAC:** is the acronym of "Religious Activity Center", also referred to as the "chapel".

**IV. PROCEDURES:**

**A.** The religious programs offered at MSP shall be under the direction of the Religious Coordinator/Chaplain(s).

1. The Religious Coordinator/Chaplain(s) shall provide for the equitable delivery of religious programs and services. Properly screened, interviewed, and trained volunteers and contract employees under the supervision and direction of the Religious Coordinator/Chaplain(s), may be used to minister the various faith groups. Individuals serving in this capacity must have the written endorsement of their religious certifying body.

2. The MSP budget shall provide for the adequate delivery of religious programs and services.

3. The MSP Religious Coordinator/Chaplain(s) shall provide confidential and non-judgmental counseling to every inmate requesting religious counseling. These requests must be responded to as promptly as possible according to the urgency of the situation.

4. Communal religious functions/activities shall comply with the standard practices of that faith's governing body. All gatherings will comply with MSP security requirements, meant to ensure the safety of staff, sponsors, guests, inmates, and the facility.

5. No inmate may be compelled to attend any religious program, service or activity.

6. The Religious Coordinator/Chaplain(s) shall post a weekly schedule of all religious activities in locations available to ***all*** inmates.

**B. Resources:**

1. The RAC or rooms in the high and low support buildings are available for scheduled religious programs. To the extent practical, all religious/faith groups will have equal access to religious facilities and communal articles of faith expression.

2. The RAC shall have secure and respectful storage compartments and space for communal articles according to practical needs.

**C. Staffing and Inmate Access:**

1. There is one "full-time" Religious Coordinator/Chaplain employed at MSP

2. The Religious Coordinator/Chaplain(s) shall be allowed access to all areas of MSP, in order to meet the individual inmate's right of access to a chaplain. All security procedures and requirements shall be followed to gain such access.

3. Volunteers shall be processed and supervised according to DOC Policy 1.7.1 "Volunteers." After passing a background check and under the supervision and direction of the Religious Coordinator/Chaplain(s), volunteer ministers, priests, rabbis, medicine men, elders, or religious leaders (however named and recognized by their group), must be screened, interviewed, approved, and trained for sponsorship or direction of religious gatherings. These volunteers must provide certification or endorsement from their religious affiliation or governing body. A proper picture identification, (e.g., valid driver's license or state issued photo ID) is required at all times for clearance into MSP.

4. When a representative of a faith to which an inmate subscribes is not available, the Religious Coordinator/Chaplain(s), in response to an inmate's formal request, shall

facilitate contact with an approved and credentialed representative by means of telephone or whatever correspondence is practical, and meet the mandate of reasonable accommodation.

5. Security staff and additional resources (as available) shall be provided to assist in ensuring the safety of staff, volunteers, sponsors, guests, religious leaders and inmate participants, along with preserving security at MSP.

6. A staff member must monitor all religious group activities, and inmates may not direct, lead, or conduct religious activities/services.

**D. <u>Religious Programs and Services Available to General Population Inmates</u>.**

1. Religious Services.

2. Religious education classes and instruction.

3. Religious rituals, meditation times, religious lectures, and religious musical programs.

4. Religious advice, counsel, sacrament of reconciliation, and individual prayer time.

5. Religious support in times of death notification or moments of distress.

6. Religious forums and discussions of timely issues.

7. Religious self-studies and supervision of Scripture cell study.

8. Religious group counseling.

9. Notification of death or serious illness in an inmate's family.

E. **Religious Programs and Services to Locked Housing Units or Restricted Unit Inmates:**

1. The Religious Coordinator/Chaplain(s) shall visit these units and be available on a weekly scheduled basis. Access shall be determined by unit staff and must be authorized by the Shift Commander.

2. If need requires, an approved and screened representative of the inmate's religious group will be escorted by the Religious Coordinator/Chaplain(s) to the locked housing for an individual counsel or prayer time. These visits must be coordinated with the housing unit's schedule in cooperation with the housing unit team. To ensure privacy and confidentiality, a proper space will be provided for these services.

3. Unless there is a death notification, or serious mitigating circumstance to warrant a visit, the Religious Coordinator/Chaplain(s) will not visit inmates during their first seven days in temporary lockup or detention.

F. **Publications and Printed Materials:**

1. Inmates may receive religious materials and related religious publications which do not jeopardize security, do not violate other rehabilitation programs, and do not violate the integrity of other religious faiths.

2. All such materials must meet the constitutional requirements of tolerance and non-judgment of other faiths.

3. Inmates may receive or have available printed materials which are permanent in nature (e.g., Bible or Koran), but periodicals may be kept only as long as unit rules permit.

4. Inmates speaking a non-English language may receive or have available non-English editions of the Bible or like permanent texts, as is practical or as is available through recognized national bodies of the inmate's faith group.

5. All such incoming items shall be processed in accordance with MSP procedure on incoming packages, and must meet the approval of the Security Major or designee before going to the RAC for disbursement by the Religious Coordinator/Chaplain(s).

**G. <u>Changes of Religious Preference or Faith:</u>**

1. The Religious Coordinator/Chaplain(s), sponsors, or any MSP staff may not attempt to coerce or influence an inmate to change his religious practice while at MSP.

2. If an inmate chooses to change his religious practice he must notify the Religious Coordinator/Chaplain(s) in writing of that change.

**H. <u>Other Considerations</u>:**

**1.** Religious diets for holy days will be approved according to DOC 4.3.6. "Special Diets."

**2.** Religious exemptions from work must be in writing from the Religious Coordinator/Chaplain(s), and only when such days are recognized for a given group by national standards.

**3.** Donated religious supplies and accouterments, such as items needed for prayer times (e.g. kufi, yarmulkes, etc.), must be from a certified national body of a particular religious group. All such donated items must have prior approval from the Security Major or designee for entry into MSP, must be stored in the RAC or other authorized area, and must not be given to inmates for personal retention.

4. Any religious item donated or received for an inmate's personal retention must be on the attached list of personal items, and must be processed through the Property Office using the inmate property receipt system. This is necessary to provide official documentation of delivery (in case items are lost, stolen, transferred, or damaged), and to help prevent the introduction of contraband into MSP.

5. Inmate weddings shall not be conducted by RAC staff (see MSP Policy 4.6.2 "Inmate Marriages").

6. Religious activities and services, and the staff supervision provided for such, will to the extent possible, be allocated equitably among all major faith groups represented at MSP.

**V. CLOSING:**

Questions concerning this policy shall be directed to the Warden.

SR/drc2/22/01

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Asatru/Odinist**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Thor's Hammer Medallion | 2 ½" x 2 ½" | One |
| 2 | Rune Cards (deck of runes) | | One |
| 3 | Religious Publications | | |
| 4 | Religious Books | | Three |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Buddhist**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Sutra | Book | One |
| 2 | Prayer Beads | | One |
| 3 | Buddha Statue or Picture | | One |
| 4 | Religious Book | | Three |
| 5 | Religious Tape | | One |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Sitting Pillows | | |
| 2 | Bell | | One |
| 3 | Incense Sticks | | |
| 4 | Books | | Library |
| 5 | Tapes | | Library |
| 6 | Incense Burner | | One |
| 7 | Oil Container (scents-essences) | | One |
| 8 | | | |
| 9 | | | |
| 10 | | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Islam**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Koran/Qu'ran | Book | One |
| 2 | Prayer Rug | 20"x 40" | One |
| 3 | Kufi (skull cap) solid white or cream color | | One |
| 4 | Book of Prayer | | One |
| 5 | Medallion - individual | | One |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Incense Sticks | | |
| 2 | Incense Holder | | One |
| 3 | Incense Oils | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Judaism**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Yarmulke (skull cap), (Kippah) | | One |
| 2 | Torah (Scriptures) | | One |
| 3 | Prayer Shawl (Tallis) | | One |
| 4 | Prayer Garment (Tzitzit) white fringed undershirt with blue border. | | One |
| 5 | Jewish Calendar | | One |
| 6 | Phylacteries (Tefillim) – leather boxes worn on the forehead and right arm. | | One |
| 7 | Prayer Book (Siddur) | | One |
| 8 | Star of David Medallion (five pointed star) | | One |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Candles | | |
| 2 | Menorah (candle holder) | | One |
| 3 | Ram's Horn/Shofar | 12" Maximum | One |
| 4 | Torah Scrolls | | Set of five |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Native American**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Sage | | 1 cup |
| 2 | Sweetgrass | 2 ½" | 1 braid |
| 3 | Cedar | | 1 cup |
| 4 | Juniper Berries | | 2 cup |
| 5 | Corn Pollen | | 2 cup |
| 6 | Apache Tears (small stones/pebbles) | | 10 |
| 7 | Leather Necklace Pouch | 2 ½" x 2 ½" | One |
| 8 | Feathers (eagle or other) | | Four |
| 9 | Dream Catcher | 5" diameter | One |
| 10 | Sacred Pipe (for 1 designated carrier in each compound) | 24" maximum | One |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Smudging Bowl | | One |
| 2 | Sage, Sweetgrass, Cedar braid | 6" | One |
| 3 | Sea Shell for Smudging | | One |
| 4 | Native American Books | | Library |
| 5 | Hand Drum | 8" | One |
| 6 | Ceremonial Drums and Sticks | | One set |
| 7 | Cloth for Ceremonial Ties | | |
| 8 | Ceremonial Feathers (eagle) | | |
| 9 | Ceremonial Rattle | | One |
| 10 | Buffalo Horn | | One |
| 11 | Buffalo Skull | | One |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Protestant Denominations**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Bible | | Two |
| 2 | Medallion Cross | 2 ½" | One |
| 3 | Religious Books | | Three |
| 4 | Religious Tapes | | |
| 5 | Religious Educational Materials | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Communion Set | | One |
| 2 | Chorus books | | |
| 3 | Bibles (for pews) | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **Roman Catholic**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Bible | Book | Two |
| 2 | Rosary (beads) | | One |
| 3 | Medal/Medallion - saints, Mary or Christ | | One |
| 4 | Scapular (cloth patches worn under shirt) | | One |
| 5 | Prayer Book or Missal | | One |
| 6 | Devotional Pictures | 5" x 7" | Two |
| 7 | Catholic Calendar | | One |
| 8 | Palm for Palm Sunday | | One |
| 9 | Crucifix | 2 ½ " Maximum | One |
| 10 | Religious Book | | Three |
| 11 | Educational Materials | | |

**Communal Items or Articles (Allowable for Group Use in the RAC**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Chalice | | Two |
| 2 | Candles | | |
| 3 | Altar Cloths | | |
| 4 | Incense Carrier/Thurifer | | One |
| 5 | Charcoal Briquettes | | 1 bag |
| 6 | Incense | | |
| 7 | Lectionary and Sacramentary Books | | One each |
| 8 | Large Crucifix | | One |
| 9 | Altar Breads | | |
| 10 | Wine | | |

MONTANA STATE PRISON
MSP Policy 5.6.1

Appendix for Listing of Religious Items - Personal and Communal

Religious Group or Religious Identification **WICCAN**

**Personal Items or articles (Allowable for Offenders Cell)**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Book of Shadows | Book | One |
| 2 | Wiccan Religious Text | Book | One |
| 3 | Tarot Cards | Deck | One |
| 4 | Medallion | 2 ½" x 2 ½" | One |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

**Communal Items or Articles (Allowable for Group Use in the RAC**

| | Item Name/Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Incense | | |
| 2 | Bell | | One |
| 3 | Icon (god/goddess) (picture or statue) | 6" maximum | One |
| 4 | Bowl | | One |
| 5 | Mortar and Pestle | | One set |
| 6 | Prayer Rugs | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |