DEPARTMENT OF CORRECTIONS
MONTANA STATE PRISON
OPERATIONAL PROCEDURE

EXHIBIT E

| Procedure No.: MSP 5.6.1 | Subject: **RELIGIOUS PROGRAMMING** |
|---|---|
| Reference: DOC Policy 5.6.1 | Page 1 of 9 and 3 attachments |
| Effective Date: December 8, 1999 | Revision: October 1, 2014 |
| Signature / Title: [signature], WARDEN | |

## I. PURPOSE

To provide inmates with reasonable and equitable opportunities to pursue religious activities consistent with the secure and orderly operation of the facility within budgetary limitations.

## II. DEFINITIONS

Authentic Religion – A definable, sincerely held moral system that includes belief, behavior, participation, proficiency, and exclusivity. The scope of human religious experience demands that this definition be applied with great latitude. In short, every person is the steward of his or her own conscience, but religious expression in a correctional setting must, at a minimum, take some articulated shape. Feelings, philosophies, and personal preference do not, of themselves, constitute activity supported by this operational procedure.

Communal Articles – Those items deemed necessary by the governing body of a faith group for communal religious activities. Communal Articles will be secured in an assigned location in the Religious Activities Center (RAC) or other authorized area. See attachment A for approved communal items, their descriptions, dimensions, and quantities allowed.

Communal Groups – A group of individuals sharing beliefs and rituals, the size of which is determined as a function of demand on communal facilities. The Religious Issues Committee will make this determination once per fiscal year by reviewing the current level of use of time at the Religious Activities Center, and raising or lowering the number of individuals required to constitute a group accordingly.

Personal Articles – Items deemed necessary by the governing body of a faith group for personal use by an inmate. These items must fit into the designated storage containers for personal possessions as outlined in MSP 4.1.3, Inmate Personal Property. See attachment A of MSP 4.1.3 for the descriptions, dimensions, and possession limits for religious items allowed for general population and locked housing unit inmates. Inmates confined at the Martz Diagnostic & Intake Unit (MDIU) will only be allowed those religious items listed in the MDIU housing unit rules.

RAB – Acronym for Religious Activities Building adjacent to the Work and Re-entry Center.

RAC – Acronym for Religious Activities Center.

Religious Activities Coordinator – Institutional employee under the supervision and approval of the Associate Warden of Programs who reports, reviews, and schedules all inmate religious activities at MSP.

Religious Activities Specialist – Institutional employee under the supervision of the Religious Activities Coordinator who facilitates inmate religious activities at MSP.

Religious Activity – Any rite, ceremony, event or program that is customarily associated with the

practices of a religious faith group, including but not limited to corporate gatherings of adherents of a faith group for the purposes of worship, prayer, teaching and/or sharing.

Religious Issues Committee (RIC) – A committee convened by the Associate Warden of Programs to consider facility religious matters. Its members will include the following:
1. Associate Warden of Programs;
2. Religious Activities Coordinator;
3. DOC Legal Chief or designee;
4. MSP Associate Warden of Security or designee; and
5. other staff as designated by the Associate Warden of Programs.

## III. PROCEDURES

### A. Religious Program Objectives

1. Provide opportunities for authentic religious expression.

2. Equitably distribute religious resources for the benefit of all inmates.

3. Protect the religious rights of all inmates.

4. Ensure spiritual care is available to all inmates.

5. Provide expertise on matters of religion in the correctional environment to staff.

### B. Declaration of Religious Preference

1. An inmate's declaration of religious preference is the key to obtaining authorization to engage in religious activities at MSP. Inmates must declare a preference in order to:
   a. attend communal religious activities;
   b. possess approved religious property items; and
   c. receive other religious accommodations (i.e., diets, work exception, hair style, etc.) in accordance with section III, part E, of this procedure.

2. In order to facilitate the authentic expression of religious belief, MDIU staff will give each new inmate the opportunity to declare his sincere religious preference during the initial intake process. This process includes:
   a. MDIU admissions staff will have each new inmate fill out an *MSP Inmate Religious Preference Statement form (attachment B).* MDIU staff will forward the Religious Preference Statement form to RAC staff for input into the OMIS database; and
   b. the Religious Activities Coordinator may conduct an assessment in order to verify an inmate's declared religious preference.

3. Volunteers and MSP staff may not attempt to coerce or influence an inmate to change his religious preference while at MSP; however inmates may change their declared preference once per calendar year using an *MSP Inmate Religious Preference Statement form (attachment B).* The Religious Activities Coordinator may waive the time requirement on a case-by-case basis for special circumstances. This process is as follows:
   a. the inmate will complete the applicable sections of the form and mail it to the Religious Activities Coordinator;

b. upon receipt of the completed form, the Religious Activities Coordinator will conduct an assessment, which may include a structured interview with the inmate in order to verify the inmate's newly declared religious preference;
c. Religious Activities Coordinator will make a decision to approve or deny the inmate's request based upon the outcome of this assessment. An inmate may utilize the established inmate grievance procedure to address the decision of the Religious Activities Coordinator;
d. RAC staff will update the OMIS database of approved changes in religious preference within three working days of approval; and
e. inmate identification cards may be marked with the inmate's religious preference.

**C. Religious Activities**

1. The Religious Activities Coordinator will maintain a list of active communal groups. While the list will be dynamic, reflecting ongoing program changes, a formal copy of the list will be kept at the RAC.

2. Inmates with a Low Side classification may attend any regularly scheduled communal religious activity, subject to space limitations and to institutional needs for scheduling.

3. Inmates with a High Side classification may only attend those regularly scheduled communal religious activities associated with their preference; if a High Side inmate has no declared religious preference, he may not attend regularly scheduled communal religious activities. Attendance at special activities is subject to the requirements of *MSP Procedure 5.5.101, Special Activities*.

4. Communal Religious activities are subject to cancellation without notice due to security or staffing requirements. RAC staff will reschedule those activities when, and if, the RAC schedule permits as determined by the Religious Activities Coordinator, in accordance with section III, part F, and number 6 of this procedure.

**D. Religious Personal Property and Communal Items**

1. Inmates with a declared religious preference may possess the associated religious property items for their faith group as listed on *MSP Procedure 4.1.3, Inmate Personal Property* (attachment A).

2. In order to protect the sanctity of authentic religious expression, an inmate may not possess religious property items listed for a faith group that differs from his declared religious preference.

3. Inmates with no religious preference may not possess religious personal property items. This provision does not apply to publications. Inmates are free to possess any appropriate and authorized publication regardless of its religious distinction.

4. When deemed necessary by the Associate Warden of Programs, the RIC will determine approved communal/personal religious property item quantities for faith groups not listed in *MSP Procedure 5.6.1, Religious Programming* and *MSP Procedure 4.1.3, Inmate Personal Property*. This process will include:
   a. the RIC, in close coordination with the Prison Issues Board (PIB), will finalize the list of personal religious property items for inclusion on *MSP Procedure 4.1.3, Inmate Personal*

*Property* (attachment A); and

b. the Religious Activities Coordinator will maintain an approved addendum to the communal and personal property lists until they are officially added to *MSP Procedure 5.6.1, Religious Programming* or *MSP Procedure 4.1.3, Inmate Personal Property* (attachment A).

5. An inmate may only use his personal religious property items in his cell or at communal religious activities. As stipulated in the *Traditional Native American Spiritual Program Highlights* (dated 7/2/10) inmates attending communal Native American religious activities may only bring and utilize their eagle feathers and medicine bag. MSP will provide the botanicals utilized at Native American communal religious activities.

6. Inmates may only utilize their religious personal property items in accordance with the religious purpose for which they were designed. This includes, but is not limited to:
   a. if an inmate chooses to wear his religious medallion (crucifixes, medicine bag, etc.), he must wear it around his neck using the necklace item that came with the medallion and keep it tucked under his shirt. He may wear it on the outside of the shirt/coat only when in cell or attending a religious service or activity;
   b. inmates who choose to wear their religious skull caps outside their cell or communal services will wear the skull cap discreetly and fully covered underneath an approved cap. Staff may require an inmate to remove, and may search, the religious skull cap at any time for security reasons; and
   c. violations of the above stipulations may result in confiscation of the item(s) as contraband in accordance with *MSP Procedure 3.4.1, Institutional Discipline*.

**E. Religious Accommodations**

1. Unless already approved, inmates who desire one of the following religious accommodations must write to the RAC Coordinator, using an *Offender/ Staff Request Form* (OSR), requesting the specific religious practice accommodation. The accommodation review process will include, but is not limited to:
   a. the Religious Activities Coordinator will determine which of the five (5) accommodation categories the request falls into. The 5 categories are as follows:
      1) personal property;
      2) communal activities;
      3) grooming exceptions;
      4) work exemptions; and
      5) special diets.
   b. The Religious Activities Coordinator will make an initial determination on issues of grooming exceptions, work exemptions, and special diets. The Religious Activities Coordinator's actions may include, but are not limited to:
      1) the Religious Activities Coordinator will make an initial response in writing to the inmate and detail specific reasons for any decisions;
      2) the Religious Activities Coordinator may consult with the RIC on any such requests that are unusual or out of the normal circumstance; and
      3) the initial decision by the Religious Activities Coordinator will be forwarded to the RIC for review and the RIC will make a final determination.
   c. The RIC will make all determinations of religious accommodations in the category of personal property and communal activities; and

d. the RIC will respond in writing to all religious accommodation requests and detail specific reasons for any decision.

2. Approved accommodations may be recorded in *MSP Procedure 5.6.1, Religious Programming* (attachment A), *MSP Procedure 4.1.3, Inmate Personal Property*, OMIS, and/or other approved locations.

3. If an inmate is not satisfied with the disposition of the Religious Activities Coordinator or the RIC, the inmate may utilize the grievance system presented in *MSP Procedure 3.3.3, Inmate Grievance Program*. Religious accommodation grievances adhere to the following:
   a. any grievance submitted prior to the written response of the RIC will not be processed because of the premature state of the grievance.

4. Religious accommodations will be approved/disapproved on a case-by-case basis within the constraints of facility security and order, to include, but is not limited to:
   a. diet accommodations for religious holy days will be approved in accordance *with DOC Policy 4.3.2, Menu Planning* and as follows:
      1) religious diets are only provided for inmates with a sincere belief in a faith system that requires adherence to religious dietary laws;
      2) religious diets will be approved/ disapproved on a case-by-case basis within the constraints of prison order, security, and budget; and
      3) an inmate who receives a religious diet accommodation must adhere to the approved diet plan, Failure to abide by the plan will result in termination of the diet.
   b. Religious exemptions from work must be in writing from the Religious Coordinator, and only when such days are recognized for a given group by national standards.

**F. Religious Program Organization**

1. Religious programs offered at MSP are under the direction of the Religious Activities Coordinator.

2. The Religious Activities Coordinator will provide for the equitable delivery of religious activities regardless of religion or affiliation.

3. Religious activities volunteers, as defined in *MSP Procedure 1.3.16a, Religious Volunteer Services*, under the supervision and direction of the Religious Activities Coordinator may be used to assist in the implementation of religious activities.

4. The Religious Activities Coordinator and Religious Activities Specialists will arrange for confidential and non-judgmental religious counseling to inmates who request it. Confidentiality is waved in regards to matters that constitute a threat to life or property. These requests must be responded to as promptly as possible according to the urgency of the situation.

5. Communal religious activities will comply with the standard practices of that faith's governing body, and will comply with MSP security requirements. Staff in general and the Religious Activities Coordinator in particular will determine appropriate behavior.

6. The Religious Activities Coordinator will post a weekly religious activity schedule in locations available to all general population inmates. The RAC schedule will be archived. Changes to, or cancellation of, scheduled religious activity may occur at any time. If the cancellation impacts a

faith group's major holiday, then, when requested by participants, the activity will be rescheduled as soon as practical. All other cancelled activities may be rescheduled at the discretion of the Religious Activities Coordinator, dependent on staffing and space availability.

7. When necessary, the Warden or designee may identify alternative activities and implement the least restrictive alternative consistent with the secure and orderly running of the facility.

8. The following activities are not authorized by MSP. This include, but are not limited to:
   a. animal sacrifice;
   b. language or behaviors that might constitute or be construed as a threat (e.g., curses);
   c. nudity;
   d. self-mutilation;
   e. use or display of any weapon;
   f. exclusion by race;
   g. paramilitary exercises;
   h. self-defense training;
   i. sexual acts;
   j. profanity;
   k. consumption of alcohol;
   l. ingestion of illegal substances;
   m. proselytizing;
   n. encryption; and
   o. disparaging other faith groups.

   While the above activities are not authorized, publications containing information about such language or behavior will be reviewed on a case-by-case basis under *MSP Procedure 3.3.6, Correspondence, Publications, & Packages* (section III, Part H, and number 5).

**G. Religious Program Resources**

1. To the extent practical, all religious/faith groups will have equal access to religious facilities and communal articles.

2. The RAC or rooms in the high and low support buildings are available for scheduled religious activities.

3. The RAC will have secure and respectful storage compartments and space for communal articles according to practical needs.

4. WRC conference rooms and the RAB are available for scheduled religious activities.

**H. Religious Program Staffing**

1. There is one full-time Religious Activities Coordinator employed at MSP who will be allowed access to all areas of MSP in order to meet the inmate's need to access a religious/spiritual coordinator. All security procedures and requirements will be followed to gain such access.

2. There are two Religious Activities Specialists at MSP who facilitate religious activities under the direction of the Religious Activities Coordinator. RAC Specialists will be allowed access to all areas of MSP necessary to perform their duties. All security procedures and requirements will be followed to gain such access.

3. Religious activities volunteers will be selected and supervised in accordance with *MSP 1.3.16a, Religious Volunteer Services*, and *DOC Policy 1.3.12, Staff Association and Conduct with Offenders*. Volunteers will conduct religious activities under the supervision and direction of the Religious Activities Coordinator.

4. When an approved volunteer for a faith group to which an inmate subscribes is not available, the Religious Activities Coordinator, in response to an inmate's formal request, will facilitate contact with an approved and credentialed representative by whatever correspondence is practical.

5. Security staff and additional resources (as available) will be provided to maintain security at MSP, and to assist in ensuring the safety of staff, volunteers, and inmate participants.

6. A staff member must monitor all religious group activities, and inmates may not direct, lead, or conduct religious activities.

**I. Religious Activities Availability**

1. The religious activities available to general population are as follows:
   a. religious services;
   b. religious education;
   c. religious rituals, meditation times, lectures, and musical programs;
   d. religious advice, counsel, and individual prayer time;
   e. notification of death or serious illness in an inmate's family with religious support in times of distress;
   f. religious forums and discussions of timely issues;
   g. religious self-studies and supervision of scripture cell study;
   h. religious group counseling; and
   i. religious exploration.

2. Religious exploration consists of the following:
   a. this activity will be facilitated by the Religious Activities Coordinator. In the event that an offender wishes to learn more about a particular religious practice, the offender will send an OSR to Religious Activities Coordinator;
   b. the Religious Activities Coordinator will make initial determinations on the level of commitment and experience, and will then recommend a course of action to the offender;
   c. the determination will range from recommendation of reading material or other media for further education, to facilitating contact with a volunteer affiliated with that religion. The Religious Activities Coordinator will respond in writing, and will detail specific reasons for any decisions;
   d. if the offender is permitted to contact a volunteer, the conversations with that volunteer will be facilitated by the Religious Activities Coordinator or designee. That volunteer will work with the inmate and the Religious Activities Coordinator, and will make an ongoing assessment of the offender's willingness, ability, and commitment to learn and participate. At the volunteer's discretion, this may include one-on-one ceremonial activities to be facilitated by the Religious Activities Coordinator.
   e. This assessment will form the basis for any future change in religious preference, or religious accommodation, for the offender.

3. Religious Activities Available to Locked Housing or MDIU inmates is as follows:
   a. out-of-cell religious activity will not be conducted in locked housing units or MDIU. Inmates are free to pursue matters of faith in their cell in a manner consistent with housing unit rules and the security requirements of their classification;
   b. if a need arises for an approved representative of a religious faith group to counsel or pray with a locked housing inmate, assigned staff will escort the representative to and from the locked housing unit. These visits must be coordinated with the housing unit's schedule in cooperation with the Unit Management Team and Command Post staff, and will be non-contact. To ensure privacy and confidentiality, unit staff will provide direct supervision and a proper place for these services;
   c. classified live-in unit workers at MDIU may attend Low Side religious activities if attendance does not conflict with their work assignment or other institutional needs; and
   d. inmates who desire religious texts while in disciplinary detention may contact the Religious Activities Coordinator, who will facilitate access to a text appropriate to the inmate's stated religious preference.

**J. Religious Publications and Printed Materials**

1. Inmates may receive religious printed materials and publications that do not jeopardize security, rehabilitative goals, or violate policy/procedure. An inmate recognized religious organization, approved volunteer, or a person on the inmate's approved visiting list may order such materials and publications per approved processes; the materials and publications will be reviewed as per *MSP Procedure 3.3.6 Correspondence, Publications, & Packages* (section III, part H, and number 5). These publications will be included in the 15 publications limit of *MSP Procedure 4.1.3, Inmate Personal Property.*

2. Inmates who speak a non-English language may receive or have available non-English editions of the Bible, Koran, or like permanent texts, as is practical or as is available through recognized national bodies of the inmate's faith group.

3. RAC staff may distribute religious publications under the following guidelines:
   a. incoming bulk publications will be processed in accordance with MSP procedure on incoming packages, and must meet the approval of the Associate Warden of Security or designee before going to the RAC for disbursement;
   b. bulk items distributed at the RAC will be limited to approved religious pamphlets, denominational publications, flyers, news-type copy, and booklets; and
   c. RAC staff will not distribute books (a publication with a glued binding over 5/16" thick) or other religious property.

**K. Other Considerations**

1. Donated communal articles will be allowed under the following guidelines:
   a. donated religious communal articles and supplies must be from a recognized religious organization. All articles and supplies are subject to review per *MSP Procedure 3.3.6, Correspondence, Publications, & Packages*;
   b. all such donated communal items must have prior approval from the Associate Warden of Security or designee for entry into MSP, and are subject to search and inspection by both the Religious Activities Coordinator and the Associate Warden of Security or designee;

c. after being searched and inspected the items will be delivered to the Religious Activities Coordinator, who will store them in the RAC or RAB;
d. these items will not be given to inmates for personal retention; and
e. sacred herbs/botanicals may be donated and are subject to the following:
   1) botanicals must be shipped in a clear "ziploc" type bag;
   2) The contents of the bag must be clearly marked, e.g., "juniper," "sage," "cedar,", and etc.; and
   3) botanicals must be mailed to the Religious Activities Coordinator and are subject to inspection by the Associate Warden of Security or designee.

2. The Religious Activities Coordinator will inventory and secure all communal botanicals in the Religious Activities Coordinator's office. Institutional pipe carriers must submit a written request, in advance, for sacred herbs.

3. Any religious item received for an inmate's personal retention must be listed in *MSP Procedure 4.1.3, Inmate personal Property* (attachment A), and must be processed through the MSP Property Office using the inmate property receipt system. This is necessary to provide official documentation of delivery (in case items are lost, stolen, transferred, or damaged), and to help prevent the introduction of contraband into MSP.

4. RAC staff and religious services volunteers will not conduct inmate weddings (see *MSP Procedure 3.3.9, Inmate Marriages*).

5. Religious activities will, to the extent possible, be allocated equitably among all faith groups represented at MSP.

6. Religious activities will be conducted indoors, unless the faith group practitioners receive prior approval for such an accommodation from the Religious Issues Committee.

7. No inmate will be compelled to attend any religious activity.

8. Food will not be consumed at scheduled religious activities. Food at special activities is subject to *MSP Procedure 5.5.101, Special Activities*. This provision does not preclude small amounts of approved ceremonial elements.

9. Inmates who attend religious activities are to follow the *RAC Inmate Rules* (see attachment C).

10. Inmates found guilty of disciplinary infractions related to the religious activities may receive exclusion (for a defined period) from religious activities as a component of their sanction(s).

## IV. CLOSING

Questions concerning this operational procedure will be directed to the Warden.

## V. ATTACHMENTS

| | |
|---|---|
| Communal Religious Items List | attachment A |
| MSP Inmate Religious Preference Statement form | attachment B |
| RAC Rules | attachment C |

Religious Group or Identification: **Buddhist**

ommunal items or articles allowable for services in the RAC/RAB

| | Item Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Sitting Pillow | | 24 |
| 2 | Bell | | 1 |
| 3 | Incense Sticks | | Variety |
| 4 | Religious Media (Books, CD's, and/or DVD's) | | Variety |
| 5 | Incense Holder | | 1 |
| 6 | Buddha Image | | 1 |
| 7 | Candles | | Variety |
| 8 | "Om" Symbol (Poster) | | 1 |

Religious Group or Identification: **Islam**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Incense Sticks | | Variety |
| 2 | Incense Holder | | 1 |
| 3 | Religious Media (Books, CD's, and/or DVD's) | | Variety |

Religious Group or Identification: **Judaism**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| [illegible] | Candles | | Variety |
| 2 | Menorah | | 1 |
| 3 | Ram's Horn/ Shofar | 12" max | 1 |
| 4 | Torah Scrolls | | Set of 5 |
| 5 | Religious Media (Books, CD's, and/or DVD's) | | Variety |

Religious Group or Identification: **Native American**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Smudging Bowl | | 1 |
| 2 | Sage | Clear Bag | Bulk |
| 3 | Sweetgrass Braids | Clear Bag | Bulk |
| 4 | Cedar | Clear Bag | Bulk |
| 5 | Bitterroot | Clear Bag | Bulk |
| 6 | Osha Root | Clear Bag | Bulk |
| 7 | Juniper | Clear Bag | Bulk |
| 8 | Lavender | Clear Bag | Bulk |
| 9 | Sea Shell for Smudging | | 1 |
| 10 | Hand Drum | 8" | 1 |
| 11 | Ceremonial Drums and Sticks | | 1 Set |
| 12 | Cloth for Ceremonial Ties | | Variety |
| [illegible] | Ceremonial Feathers (No Eagle Feathers) | | Variety |

| | | | |
|---|---|---|---|
| 14 | Ceremonial Rattle | | 1 |
| 15 | Buffalo Horn | | 1 |
| 16 | Buffalo Skull | | 1 |
| 7 | Ceremonial Staff (Wood With Feathers, No Eagle Feathers) | 8 ft. | 1 |
| 18 | Sacred Pipe & Pouch (May Be Beaded) | 24" max | 4 |
| 19 | Religious Media (Books, CD's, and/or DVD's) | | Variety |

NOTE:

1. Due to federal eagle feather regulations, inmates will only be allowed to mail out their eagle feathers or fans to the federal agency in charge of eagle parts.
2. Excess and confiscated feathers of any type will be forwarded to the property officer for proper disposition.

Religious Group or Identification: **Protestant Denominations**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Communion Set | | 1 |
| 2 | Religious Media (Books, CD's, and/or DVD's) | | Variety |
| 3 | Large Cross | | 1 |

Religious Group or Identification: **Roman Catholic**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Chalice | | 2 |
| | Candles | | 2 PKGS. |
| 3 | Alter Clothes | | Variety |
| 4 | Incense Carrier/ Thurifer | | 1 |
| 5 | Charcoal Briquettes | | 1 Bag |
| 6 | Incense | | Variety |
| 7 | Large Crucifix | | 1 |
| 8 | Alter Breads | | Variety |
| 9 | Religious Media (Books, CD's, and/or DVD's) | | Variety |

Religious Group or Identification: **Wiccan**

Communal items or articles allowed for services in the RAC/RAB

| | Items Name/ Description | Dimensions | Quantity |
|---|---|---|---|
| 1 | Incense | | Variety |
| 2 | Bell | Small | 1 |
| 3 | Altar Cloth | 3' x 6" | 1 |
| 4 | Icon (God/Goddess) (Picture or Statue) | 13" max | 1 |
| 5 | Bowl | 6" | 6 |
| 6 | Candles | | Variety |
| 7 | Pentacle (Wood) | 12" max | 1 |
| 8 | Pendulum & Board Divination Tool | | 1 each |

| | | | |
|---|---|---|---|
| 9 | Bread (Similar to Communion Wafer) | Small amount | |
| 10 | Chalice | 12" max | 1 |
| [illegible] | Wand | ½" x ½" x 16 | 1 |
| 12 | Feather | | 1 |
| 13 | Minerals & Herbs (Salt, Sage, Lavender, and/or Cedar) | Communal Quantities | |
| 14 | Religious Media (Books, CD's, and/or DVD's) | | Variety |
| 15 | Quartz Crystal (Pyramid Style) | ½" to 1" base | 1 |
| 16 | Alter Broom | 21" long | 1 |

# MSP Inmate Religious Preference Statement

To: RAC Coordinator

:om:______________________________ ____________ ____________
Inmate Name ID/AO number Housing Unit

**Check one:** ☐ Initial declaration of religious preference ☐ Change of religious preference*

**My religious preference is** (check ***one***):

☐Buddhist ............ (specify denomination or sect:____________)

☐Christian ............ (specify denomination or sect:____________)

☐Church of Jesus Christ of Latter Day Saints

☐Islam ............ (specify denomination or sect:____________)

☐Jehovah's Witnesses

☐Native American ............ (specify denomination or sect____________)

☐Odinist

☐Wicca

☐None

☐Other:____________

*If this is a request for a change, please specify the reason for changing (if more space is needed, add a continuation page):

____________________ ____________ ___/___/___
Inmate Signature ID/AO number Date

**STAFF USE ONLY**

____________________ ___/___/___ **Approved** **Denied**
Religious Activities Coordinator Signature Date (circle one)

Cc: Religious Activities Coordinator Main Records file

# RAC Inmate Rules

## Authenticity

The Religious Activities Center exists to cultivate authentic religious experience. Authentic religious experience is characterized by consistency in behavior and belief. Cultivation is defined as any act of nurture or support. So to cultivate authentic religious experience is to nurture consistency between attitudes and actions.

The Religious Activities Center encourages, embraces, and facilitates an offender's individual authentic religious expression, helping cultivate and restore a personal moral center essential for a safer facility and successful reintegration into society.

On a fundamental level, religious activity at Montana State Prison is a correctional program. The following RAC rules are designed to reinforce the guiding principles of MSP, and to help create a safe and conducive environment where inmates can pursue matters of faith.

## Responsibility and Rules

1. Inmates must have authorization from their housing unit before attending any RAC function and must present their identification card upon arrival.
2. The kitchen, utility room, storage room, copy room, offices, and women's restroom are unauthorized areas. Inmates must have permission to enter these rooms. Inmates may not leave the building without direction from staff.
3. Furniture and musical instruments will be used in accordance with their design. Musical instruments are available to authorized inmates as determined by staff and/or religious volunteers. The sound system is limited to authorized personnel and inmates under their direct supervision.
4. RAC inmate workers provide janitorial and grounds-keeping services. Other inmates may assist when directed by staff. Inmates will not appoint themselves to these duties.
5. Inmates must treat staff and volunteers with respect. Inmates will be held accountable with zero tolerance for insolence.
6. Inmate's conduct at the RAC must reflect practices accepted by the proponents of the faith in question. Staff in general and the Religious Activities Coordinator in particular (who may consult with faith group volunteers) will determine appropriate behavior.
7. Horseplay which is any physical contact or attempted physical contact, done in a prankish or playful manner, without anger or intent to injure is not allowed during any religious activity or at any time at the RAB/RAC. Any conduct which disrupts any religious activity is subject to institutional discipline in accordance with *MSP Procedure 3.4.1, Institutional Discipline*.
8. Inmates are not allowed to "pass" anything at the RAC. Inmates may bring personal religious property to the RAC as defined by *Traditional Native American Spiritual Program Highlights* (dated 7/2/10), and the attachment to *MSP Procedure 4.1.3, Inmate Personal Property* for the corresponding religious service with the religious activity. No other property is allowed at the RAC unless specifically approved by the Associate warden of Programs. Personal property left at the RAC will be considered abandoned, and will be processed as contraband. Any unauthorized property brought to the RAC will be confiscated as contraband.
9. Communal religious property is designated for use at the RAC only. Inmates may not remove communal property from the building or RAC/RAB grounds.
10. Inmates will remain fully dressed at the RAC at all times. Exceptions are Sweat Ceremony, baptisms, and work details as authorized by staff.
11. An Auxiliary Group is a faith-specific support group formed by the Religious Activities Coordinator in order to facilitate a communal activity (e.g. Worship Team supports Sunday morning Christian Protestant Service. Drum Group & Sweat Set-up supports Native American Sweat Ceremony). Offenders who wish to join an auxiliary group must be part of the respective faith group as indicated on their current religious preference form, must have 6 months clear conduct, and must demonstrate to the Religious Activities Coordinator that they work well with a team.

**Proper Conduct**

The RAC is a place to find answers to life's most important questions. The above rules are in place to protect genuine seekers from those who would utilize the RAC for selfish purposes. Our intention is that these rules, consistently communicated and enforced, become a tool to facilitate genuine spiritual growth.