**EXHIBIT F**

# Religious Accommodation Request Form

To: Religious Issues Committee in care of the RAC Coordinator

From: Reginald C. Gray AO# 30360056 Housing Unit HS2 Date: 2-3-24

Individuals filling out this form must provide the following information in order for the Religious Issues Committee to make a proper decision:

1. What religious accommodation are you requesting?
2. Is this for personal or communal religious property?
3. Provide supporting information that explains the religious justification for the request. Be specific.
4. The request should not contain complaints, accusation, threats, judgments or promises of retaliation.

Any request for accommodation that disregards the above parameters will be returned unprocessed.

Religious Accommodation Requesting (one per form): To be Able to wear my Kufi at all times & Anywhere

Reason for religious accommodation: Im ReQuesting that Im able to wear my Kufi at all times and Anywhere without having to Cover it up due to it being my Religious Belief. The Kufi Is my Personal Religious Property. The Justification for this ReQuest is (1) It's my Religious Belief according to the Sunnah which all muslims are to adhere to (2) It's my Religious Right In multiple Rulings By the Federal court in accordance with Religious Land use and Institutionalized Person Act (RLUIPA) See" Moore v. Washington, 2022 U.S. DIST., HOGAN v. Idaho state Bd. of. Corr., 2018 U.S. DIST, LEWIS v. WELSH, 2020 U.S. DIST. and theres over 649 other such cases in which the courts ruled that to Place a restriction on when and where an Inmate can wear his/her headwear is Unconstitutional! Im therefore ReQuesting that This Committee allows for me to be able to wear my Kufi at all times without Covering it up. This accommodation would relieve a substantial Religious Burden that has been Placed upon me.

**Governor Greg Gianforte | Director Brian M. Gootkin**

February 15, 2024

Reginald Gray
3036056
HSU2

Reginald Gray,

On February 3, 2024, you submitted a religious accommodation request to be able to always wear your Kufi anywhere. You state that you want to wear the Kufi without having to cover it with a ballcap or stocking cap when not in cell or at the RAC. You state that it is your religious belief according to the Sunnah which all Muslim are to adhere to.

On February 13, 2024, the Religious Issues Committee met, and your request was considered and denied. MSP 5.6.1 (III)(D)(6)(b) "Inmates who choose to wear their religious skull caps outside their cell or communal services will wear the skull cap discreetly and fully covered underneath an approved cap. Staff may require an inmate to remove, and may search, the religious skull cap at any time for security reasons."

On Behalf of the RIC,
Terrie Stefalo
RAC Coordinator

5 South Last Chance Gulch
PO Box 201301
Helena, MT 59620-1301

Phone: (406) 444-3930
Fax: (406) 444-4920
www.cor.mt.gov

**Religious Accommodation Request Form**

To: Religious Issues Committee in care of the RAC Coordinator

From: ReGinelel C GreY AO# 30360576 Housing Unit HS2 Date: 2-12-24

**Individuals filling out this form must provide the following information in order for the Religious Issues Committee to make a proper decision:**

1. **What religious accommodation are you requesting?**
2. **Is this for personal or communal religious property?**
3. **Provide supporting information that explains the religious justification for the request. Be specific.**
4. **The request should not contain complaints, accusation, threats, judgments or promises of retaliation.**

**Any request for accommodation that disregards the above parameters will be returned unprocessed.**

Religious Accommodation Requesting (one per form): Allowal for Religious oils

Reason for religious accommodation: To be able to Practice the major Tenets of my Religion when observing the 5 daily Prayers.

**Governor Greg Gianforte | Director Brian M. Gootkin**

February 15, 2024

Reginald Gray
3036056
HSU2

Reginald Gray,

On February 12, 2024, you submitted a religious accommodation request to possess religious prayer oil. You state that you would use these during the five daily prayers.

The Religious Issues Committee met on February 13, 2024, and after careful consideration, your request was approved.

The RIC has agreed to allow you to possess, in your cell, 4 – ½ oz plastic bottles of nonflammable oil purchased through the Canteen. Available scents are: Kyphi, Frankinmyrh, Sage, Cedar, Egyptian Musk, Lavender, Sandalwood, and Rose. A notation of this approval will be placed in OMIS Chronos and under the Religious Preference tab. Use the special-order forms and request specific scents. There is no item number for this item.

The oils must be used in a religious manner and secured away when not in use. Any misuse or abuse of oils may result in confiscation and loss of this privilege.

Sign in agreement or disagreement and send this back to the RAC. A copy will then be sent back to you for your records.

On Behalf of the RIC,
Terrie Stefalo
RAC Coordinator

I agree to this disposition________________________________________

I disagree to this disposition______________________________________

5 South Last Chance Gulch
PO Box 201301
Helena, MT 59620-1301

Phone: (406) 444-3930
Fax: (406) 444-4920
www.cor.mt.gov