IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| REGINALD COREY GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GOOTKIN, JIM SALMONSEN, CHRIS LAM, and TERRIE STEFALO,<br><br>Defendants. | CV 24-40-H-WWM<br><br>ORDER DENYING MOTION TO DISMISS WITH PREJUDICE |

Plaintiff Reginald Corey Gray ("Gray") has filed a Motion to Dismiss Without Prejudice (Doc. 36). The motion is denied, for two independent reasons.

First, Gray has not signed his motion, but instead, used the /s/ signature that is used for electronic filings. A pleading or motion must be signed by an attorney or the party. Fed. R. Civ. P. 11(a). That signature is the party's certification that the document is not filed for an improper purpose, and that its allegations of fact and statements of law are warranted. Fed. R. Civ. P. 11(b). The signature further acknowledges that, should Rule 11 be violated, the party is subject to sanctions. Pro se litigants are subject to this standard and sanctions, including monetary, as much as attorneys are. Fed. R. Civ. P. 11(c). This liability is one reason that incarcerated plaintiffs must be wary of the assistance of others whose names do not appear on the filing and will not bear the cost of their incorrect legal advice.

The /s/ signature is available to attorneys or electronic filers because of registration procedures that assure that the filer is the signatory. Gray's paper filing has no such assurance, and thus must be signed personally, by hand. Gray's motion is denied.

Second, Gray's motion for dismissal states that "[d]ismissal without prejudice will not unfairly prejudice the opposing party, as no final adjudication on the merits has occurred." (Doc. 36 at 1). This is inaccurate. Defendants have a pending motion for summary judgment. Gray has not filed his response. Should Defendants prevail on their motion, the case will be resolved in their favor. Dismissal without an adjudication of that motion will prejudice Defendants. The motion is denied.

Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Without Prejudice is **DENIED** (Doc. 36).

2. At all times, Plaintiff Gray must advise the Court of any change of address. Failure to do so may result in dismissal of the action without notice to him for failure to prosecute.

DATED this 27th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE