Ex. A

(Sunnah al-Adah) and a sign of religious identity and modesty.

**1. Evidence from the Sunnah**

There are several narrations (Hadiths) that describe the Prophet ﷺ covering his head.

- **The Use of Turbans and Caps:** Narrations indicate the Prophet ﷺ wore both a turban (imama) and a cap underneath it.

  "He used to wear a cap (qansuwah) under his turban and he used to wear a cap without a turban." (Recorded in Jami' al-Tirmidhi and Shama'il al-Tirmidhi).

- **A Symbol of Distinction:** The Prophet ﷺ mentioned that the head covering served to distinguish Muslims from others.

  "The difference between us and the polytheists is the turban over the cap." (Sunan Abi Dawood).

- **Constant Practice:** Scholars like Ibn al-Qayyim noted that the Prophet ﷺ was rarely seen in public without his head covered, except during the state of Ihram for Hajj or Umrah.

**2. Scholarly Opinions on Public Wear**

Scholars generally categorize wearing a kufi in public into two perspectives:

| Perspective | Description |
|---|---|
| Mustahabb (Recommended) | Many scholars consider it commendable because it emulates the Prophet's appearance and identifies a person as a Muslim. |
| Mubah (Permissible/Customary) | Others view it as a cultural practice of the time ('urf). In this view, if a community considers a head covering a sign of dignity, it is better to wear it. |

**Note on "Muru'ah" (Dignity):** Historically, classical scholars (like Imam Al-Shatibi) argued that in societies where men of status cover their heads, going bareheaded in public could be seen as a lack of muru'ah (manliness/dignity).

**3. Etiquette (Adab) for Wearing a Kufi**

If you choose to wear a kufi as an act of Sunnah, there are certain etiquettes to keep in mind:

- **Intention (Niyyah):** Wear it with the intention of following the Sunnah or identifying as a Muslim, rather than for vanity or fashion alone.

fearing" community.

**3. The Shafi'i and Hanbali Schools: Emulation and Identity**

These schools focus heavily on the Hadith evidence of the Prophet's physical appearance.

- Shafi'i View: They emphasize that the Prophet ﷺ wore a Qalansuwa (cap) and that uncovering the head in public is a "departure from the way of the righteous."
- Hanbali View: Imam Ahmad ibn Hanbal was known to be very strict in following the Athar (reports of the companions). If the companions did it, it was considered the "Path of the Believers."
- Evidence of Distinction: They cite the Hadith: "The difference between us and the polytheists is the turban over the cap" (Abu Dawood). This narration specifically frames the head covering as a tool for identity and distinction.

**Summary of "Mandatory" Contexts**

While you will not find a ruling saying a man goes to Hell for not wearing a kufi (unlike the hijab for women), scholars categorize it as "essential" in the following ways:

| School | Reason for "Mandatory" Label | Source/Concept |
|---|---|---|
| Hanafi | To avoid the Makruh (disliked) state during Salah. | Zeenah (Adornment) |
| Maliki | To maintain Muru'ah (social dignity/legal standing). | Amal (Practice of Madinah) |
| All Schools | To uphold "Distinction" from non-Muslims. | Tashabbuh (Avoidance of imitating others) |

Key Takeaway: The "mandate" is one of adab (etiquette) and identity. If a man abandons the kufi to intentionally look like a non-believer or because he feels the Sunnah is "outdated," the scholars view this as a serious spiritual defect.

Would you like me to look up the specific descriptions of the Prophet's caps (Qalansuwa) from the Shama'il al-Tirmidhi to see exactly what they looked like?

Kufi: Sunnah, Etiquette, and Evidence

However, there is a strong scholarly consensus that it is mandatory as a "Sunnah of Distinction" or a matter of Dignity (Muru'ah). In this context, "mandatory" is used by jurists to describe the preservation of a Muslim man's character and public testimony.

**1. The Hanafi School: Distinction and Decorum**

The Hanafi school emphasizes the kufi as a key part of "adornment" (Zeenah) mentioned in the Quran (7:31).

- **The Ruling:** They view praying bareheaded due to laziness or a desire to follow non-Muslim fashion as **Makruh Tanzihan** (slightly disliked/reprehensible).
- **Narrations/Evidence:** Hanafis often cite the practice of the people of Madinah. Imam Abu Hanifah followed this custom because the Prophet ﷺ and the Sahaba consistently covered their heads.
- **Mandatory for "Muru'ah":** In Hanafi jurisprudence, a man who habitually goes bareheaded in a society where the righteous cover their heads could have his **legal testimony (Shahadah) rejected** in a Sharia court, as it was seen as a sign of a lack of dignity or seriousness.

**2. The Maliki School: The Standard of "Al-Amal"**

Imam Malik placed great weight on the "Practice of the People of Madinah" (Amal Ahl al-Madinah).

- **The Ruling:** For the Malikis, a man's public appearance is a reflection of his piety.
- **Narrations/Evidence:** They rely on the fact that the Prophet ﷺ was never seen in public with an uncovered head except during Ihram.
- **Distinction:** Maliki scholars like **Al-Shatibi** argued that while the act itself is customary, it becomes a "Sunnah of Distinction" because it separates the Muslim from the Fussaq (transgressors) or non-believers. In his work Al-Muwafaqat, he explains that dress is a means of identifying with the "God-fearing" community.

**3. The Shafi'i and Hanbali Schools: Emulation and Identity**

These schools focus heavily on the Hadith evidence of the Prophet's physical appearance.

- **Shafi'i View:** They emphasize that the Prophet ﷺ wore a Qalansuwa (cap) and that uncovering the head in public is a "departure from the way of the righteous."
- **Hanbali View:** Imam Ahmad ibn Hanbal was known to be very strict in following the Athar (reports of the companions). If the companions did it, it was considered the "Path of the Believers."
- **Evidence of Distinction:** They cite the Hadith: "The difference between us and the polytheists is the turban over the cap" (Abu Dawood). This narrat[illegible]ecifically frames the head covering as a tool for