UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

---

REGINALD COREY GRAY,

Plaintiff,

vs.

ERIC STRAUSS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CV 24-40-H-WWM

---

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of June 12, 2026 (Doc. 43), this action is DISMISSED.

Dated this 12th day of June, 2026.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk