IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

JUL 06 2026

Clerk, U.S. Courts
District of Montana
Helena Division

REGINALD COREY GRAY,

Plaintiff,

VS.

BRIan Gootkin, Jim Salmonsen,
CHris Lamb, Torrie stefald,
Defendants.

Case No. CV 24-40-H-WWM

NOTICE oF APPEAL

Notice is hereby Given that ReGinald Gray, Plaintiff in the above-entitled matter appeals to the United States Court of Appeals for the Circuit from the final Judgement entered in this action on the 11th day of June, 2026.

Dated: June 29th, 2026

Reginald Corey Gray
ReGinald Corey Gray
Plaintiff Pro Se
Montana State Prison
#3036056
700 Conley Lake Road
Deer LodGe, Montana
59722

(1)

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2026, a copy of the foregoing document NOTICE of Appeal was served on the following by the following means:

___/___ U.S. Postal Service

___/___ Clerk, u.s. District Court

Reginald Corey Gray
Reginald Corey Gray
Plaintiff Pro Se
Montana State Prison
# 3036056
700 Conley Lake Road
Deer Lodge, Montana
59722

Date: 29th day of June, 2026.